IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 04-00192-01/02/03-CR-W-DW |
| v. ) | |
| ) | |
| JOHNNIE D. DETHROW, ) | |
| DAVID M. NANOS, and ) | |
| SOMER C. NEWLAND, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the Court is Magistrate John T. Maughmer's Report and Recommendation (Doc. 67) denying the separate motions to suppress filed by Defendant Dethrow, Defendant Newland, and Defendant Nanos (Docs. 49, 47, and 51). The Defendants filed objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the magistrate's findings of fact and conclusions of law. Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made part of this Order, and DENIES the Defendants' motions to suppress.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: May 25, 2005